

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00222-CV

**LOCHRIDGE-PRIEST, INC.,**

**Appellant**

 **v.**

**RONALD L. KROLL,**

**Appellee**

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2014-2453-4**

## MEMORANDUM OPINION

Appellant, Lochridge-Priest, Inc., and Appellee, Ronald Kroll, filed a joint motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2). The parties indicate that they have reached a comprehensive settlement of their disputes. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Scoggins, and
      Judge Martha J. Trudo[1]
Motion granted; appeal dismissed
Opinion delivered and filed June 11, 2015
[CV06]



---

[1] The Honorable Martha J. Trudo, Judge of the 264th District Court, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 74.003(a) (West 2013).